SANDERS LAW, PLLC
Craig B. Sanders, Esq. (CS4163)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.: 103420



#68166

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 30 2013

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BWP Media USA Inc., <br><br> Plaintiff, <br><br> vs. <br><br> T & S Software Associates Inc, <br><br> Defendant(s). | 3-13CV2961-L <br> Docket No: <br><br> DEMAND FOR JURY TRIAL <br><br> COMPLAINT FOR: <br> 1) COPYRIGHT INFRINGEMENT |

BWP Media USA Inc., by and through its undersigned counsel, states and alleges as follows:

## INTRODUCTION

1. Plaintiff BWP Media USA Inc. ("BWP") provides entertainment-related photojournalism goods and services. In particular, BWP owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

2. BWP's portfolio of celebrity photographs is the bread and butter of its business.

3. BWP has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

4. Defendant T & S Software Associates Inc owns and operates a website known as www.hairboutique.com.

5. Without permission or authorization from BWP, T & S Software Associates Inc copied,

1

modified, and displayed BWP's photograph(s) on T & S Software Associates Inc's website www.hairboutique.com.

6. T & S Software Associates Inc engaged in this misconduct knowingly and in violation of the United States copyright laws.

7. BWP has been substantially harmed as a result of T & S Software Associates Inc's misconduct.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. §1338(a) and 28 U.S.C. §1331. The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. §1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

9. This Court has personal jurisdiction over T & S Software Associates Inc because T & S Software Associates Inc maintains its principal place of business in Dallas County, Texas and purposely directs substantial activities at the residents of Texas by means of the website described herein.

10. Venue is proper under 28 U.S.C. §1391(a)(2) because T & S Software Associates Inc does business in this Judicial District or because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

## PARTIES

11. BWP is a California Corporation and maintains its principal place of business in Los Angeles County, California.

12. On information and belief, T & S Software Associates Inc, a Incorporation with a principal place of business in Dallas County, Texas is liable and responsible to Plaintiff based on the facts herein alleged.

## FACTUAL ALLEGATIONS

### BWP's Business

13. BWP provides entertainment-related photojournalism goods and services. In particular, BWP owns the rights to a multitude of photographs which it licenses to online and print publications.

14. BWP has invested significant time and money in building its photograph portfolio.

### BWP's Copyrights

15. BWP has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

16. BWP's photographs are original, creative works in which BWP owns protectable copyright interests.

17. BWP owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover BWP's photographs.

18. BWP also has filed several copyright applications with the USCO, which are presently pending.

19. BWP applied for and received [a] copyright registration(s) for a collection(s) of photographs, which included the photograph(s) annexed hereto as Exhibit(s) "1" (the "Photograph(s)").

### T & S Software Associates Inc's Website

20. On information and belief, T & S Software Associates Inc is the registered owner of the website located at www.hairboutique.com (the "Website"). On information and belief, T & S Software Associates Inc operates the Website and is responsible for all Website content.

21. The Website provides, *inter alia*, articles, photographs and other information regarding celebrities.

22. The Website is monetized in that it contains paid advertisements. On information and belief, T & S Software Associates Inc profits from these activities.

### T & S Software Associates Inc's Misconduct

23. Without permission or authorization from BWP, T & S Software Associates Inc copied, modified, and/or displayed the Photograph(s) on the Website, in violation of BWP's copyrights. See Exhibit "1" annexed hereto.

24. On information and belief, the Photograph(s) were copied from the website(s) of BWP's Clients and reposted on the Website without license or permission, thereby infringing on the Copyrights (the "Infringement(s)").

25. On information and belief, T & S Software Associates Inc was aware of facts or circumstances from which the Infringement(s) was/were apparent. Based on this totality of circumstances, T & S Software Associates Inc cannot claim that it is not aware of the widespread infringing activities, including the Infringement(s), on the Website. Such a claim would amount to willful blindness to the Infringement(s) on the part of T & S Software Associates Inc.

26. On information and belief, T & S Software Associates Inc engaged in the Infringement(s) knowingly and in violation of United States copyright laws.

27. On information and belief, T & S Software Associates Inc has received a financial benefit directly attributable to the Infringement(s). Specifically, by way of the Infringement(s), T & S Software Associates Inc increased traffic to the Website and, in turn, realized an increase in, its advertising revenues and/or merchandise sales.

28. As a result of T & S Software Associates Inc's misconduct, BWP has been substantially harmed.

## FIRST COUNT

(Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

29. BWP repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

30. The Photograph(s) are original, creative works in which BWP owns protectable copyright interests.

31. BWP has not licensed T & S Software Associates Inc to use the Photograph(s) in any manner, nor has BWP assigned any of its exclusive rights in the Copyrights to T & S Software Associates Inc.

32. Without permission or authorization from BWP and in willful violation of BWP's rights under 17 U.S.C. §106, T & S Software Associates Inc reproduced the Photograph(s).

4

33. On information and belief, without permission or authorization from BWP and in willful violation of BWP's rights under 17 U.S.C. § 106, T & S Software Associates Inc displayed the Photograph(s) on the Website.

34. T & S Software Associates Inc's reproduction of the Photograph(s) and display of the Photograph(s) on the Website constitutes copyright infringement.

35. On information and belief, thousands of people have viewed the unlawful copies of the Photograph(s) on the Website.

36. On information and belief, T & S Software Associates Inc had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of BWP's copyrighted material.

37. T & S Software Associates Inc's copyright infringement has damaged BWP in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE,** BWP respectfully requests judgment as follows:

1. That the Court enter a judgment finding that T & S Software Associates Inc has infringed on BWP's Copyrights in the Photograph(s) in violation of 17 U.S.C. § 501 et seq.;

2. That the Court award damages and monetary relief as follows:

   a. Statutory damages against T & S Software Associates Inc pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or in the alternative BWP's actual damages and T & S Software Associates Inc's wrongful profits in an amount to be proven at trial;

   b. BWP's attorneys' fees pursuant to 17 U.S.C. § 505;

   c. BWP's costs; and

3. Such other relief that the Court determines is just and proper.

DATED: July 24, 2013

                              SANDERS LAW, PLLC

                              _____
                              Craig B. Sanders, Esq. (CS4163)
                              100 Garden City Plaza, Suite 500
                              Garden City, New York 11530
                              Telephone: (516) 203-7600
                              Facsimile: (516) 281-7601
                              csanders@sanderslawpllc.com
                              *Attorneys for Plaintiff*
                              File No.:103420

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.

DATED: July 24, 2013

                              **SANDERS LAW, PLLC**

                              _____
                              Craig B. Sanders, Esq. (CS4163)
                              100 Garden City Plaza, Suite 500
                              Garden City, New York 11530
                              Telephone: (516) 203-7600
                              Facsimile: (516) 281-7601
                              csanders@sanderslawpllc.com
                              *Attorneys for Plaintiff*
                              File No.:103420

 

| | |
|---|---|
| Photo Owner: BWP Media USA Inc.<br>Photo ID Number: 10037145<br>Date Taken: 00/00/0000<br>Photo Description: Winona Ryder shooting scenes with actor Pruitt Taylor Vince for their latest movie, Homefront.<br>Photo Location:<br>Copyright Application Date: 00/00/0000<br>Application Number:<br>Copyright Registration Date: 00/00/0000<br>Registration Number: UNREGISTERED | Domain: www.hairboutique.com<br>URL:<br>http://talk.hairboutique.com/printer_friendly_posts.asp?TID=71410<br>Observed Date: 07/09/2013 |




| | |
|---|---|
| Photo Owner: BWP Media USA Inc.<br>Photo ID Number: 3113397<br>Date Taken: 09/27/2012<br>Photo Description: Kesha lives up to her wild and unique reputation, dressing up in revealing outfits for her new music video 'Die Young' in Los Angeles.<br>Photo Location: California<br>Copyright Application Date: 12/03/2012<br>Application Number: 1-859361051<br>Copyright Registration Date: 12/03/2012<br>Registration Number: VA0001848265 | Domain: www.hairboutique.com<br>URL:<br>http://talk.hairboutique.com/printer_friendly_posts.asp?TID=71393<br>Observed Date: 06/27/2013 |

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I (a) PLAINTIFFS**
BWP Media USA Inc.
22287 Mulholland Highway, #229,
CALABASAS, California 91302

**(b)** County of Residence of First Listed Plaintiff Los Angeles, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**DEFENDANTS**
T & S Software Associates Inc
651 N. Plano Rd., Suite 401
Richardson, Texas 75081

County of Residence of First Listed Defendant Dallas, TX
*(IN U.S. PLAINTIFF CASES ONLY)*
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address and Telephone Number)*
Sanders Law PLLC
100 Garden City Plaza
Garden City, NY 11530   516-203-7600

Attorneys (If Known)

RECEIVED JUL 30 2013 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3-13CV2961-L

**II. BASIS OF JURISDCITION** *(Place an "X" in One Box Only)*

[ ] 1 U.S. Government Plaintiff
[X] 3 Federal Question *(U.S. Government Not a Party)*

[ ] 2 U.S. Government Defendant
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for plaintiff and one for defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign County | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only.)*

| CONTRACT | TORTS | | FORFEITURE PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury- Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal. Employees Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [X] 820 Copyrights | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loan (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fund | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 810 Selective Service |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury- Med Malpractice | | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW(405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus** | [ ] 791 Employee. Retirement. Income.Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS-Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to vacate Sentence | | | [ ] 899 Administrative Procedure Act Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 950 Constitutionally of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 American with Disabilities – Employment | [ ] 535 Death Penalty **Other:** | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 American with Disabilities – other | [ ] 540 Mandamus/ Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee Conditions of Confinement | | | |

**V. ORIGIN** *(Place an X in One Box Only.)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district *(specify):*
[ ] 6 Multi-District Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
17 USC 501, et seq
Brief description of cause:
Copyright Infringement

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes   [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE July 24, 2013   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____